# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Charles R. Jordan

           V.

Elaine Choa, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06-CV-0479 W (RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants Defendants John E. Potter and the USPS' summary-judgment motion, and denies the motion to declare Jordan a vexatious litigant...

| June 29, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON June 29, 2007

06-CV-0479 W (RBB)